# EXHIBIT A

# Jonathan W. Steed B.Sc. (Hons) Ph.D. CChem FRSC

Department of Chemistry, Durham University, South Road, Durham DH1 3LE, UK
Tel. +44 (0)191 334 2085, Fax. +44 (0)191 384 4737, e-mail jon.steed@durham.ac.uk.
Web: http://www.dur.ac.uk/jon.steed

## Personal Details
Date of Birth: 12th July 1969. Nationality: British.

## Employment
2007–ongoing  **Professor of Inorganic Chemistry, Durham University.**

2004–2007  **Reader in Inorganic Chemistry, Durham University.**

1999–2003  **Reader in Inorganic and Structural Chemistry, King's College London.**

1995–1999  **Lecturer in Inorganic and Structural Chemistry, King's College London.**

1993–1995  **NATO Postdoctoral Fellow, Universities of Missouri-Columbia & Alabama, USA**. Organometallic and macrocyclic chemistry. Ten publications, including a chapter in the book *Supramolecular Chemistry of Anions*.

1990  **Research Assistant, University College London**. Reverse phase chromatographic analysis of candidate polysiloxane coatings for surface acoustic wave (SAW) microsensor devices.

## Education
1990-1993  **Ph.D. in Chemistry, University College London**.  Major research topics included synthetic organometallic and coordination chemistry and X-ray crystallography. Supervisor: Dr. Derek A. Tocher.  Ramsay medal for best Ph.D. 1993; winner Glaxo Travel Award for best presentation 1992.  Total of 21 publications from Ph.D. work.

1987-1990  **B.Sc. in Chemistry, University College London**.  *First class honours*.  Winner Nyholm prize 1990 for best undergraduate in inorganic chemistry.  Undergraduate project in π-arene chemistry of ruthenium published: *Polyhedron*, 1991, **10**, 1727.

## Research Profile
Professor Steed has extensive experience in research on crystalline molecular solids, X-ray and neutron crystallography and supramolecular chemistry (**RSC Meldola Medal 1998; Bob Hay Lectureship 2008; Corday-Morgan Prize 2010**).  His research interests are focussed on soft materials and structural chemistry, particularly non-equilibrium self-assembly, crystallization and 'smart' supramolecular gels. His research encompasses novel pharmaceutical solid form crystallization strategies, the study of pharmaceutical hydrates and gel phase crystal growth methodologies. He has been recently funded by the Engineering and Physical Sciences Research Council for work on metallogels, crystalline hydrates, gel phase crystallization and low symmetry crystal packing. He has undertaken recent projects with GSK on pharmaceutical solid form discovery. He collaborates with Ashland Speciality Ingredients on clathrate hydrate inhibition, Aerpio Therapeutics on pharmaceutical gel formation and with P&G on calcite crystal growth inhibition. He has previously been funded by the Leverhulme trust for work on $H_2$ activation and storage and by companies such as BP and BNFL. He also has an extensive network of international academic collaborations.

## Publications and Presentations
Professor Steed has published *ca.* 300 papers in respected refereed scientific journals and has co-authored two textbooks (*Supramolecular Chemistry*, Wiley, 2000 & 2nd ed. 2009, and *Core Concepts*

*in Supramolecular Chemistry and Nanochemistry*, Wiley, 2007) as well as a number of book chapters on aspects of supramolecular chemistry. He has edited the *Encyclopaedia of Supramolecular Chemistry* (Dekker, 2004) and *Organic Nanostructures* (Wiley-VCH, 2008) and was Editor-in-Chief of *Supramolecular Chemistry from Molecules to Nanomaterials* (8 volumes, Wiley 2012). He is the author of a number of reviews and popular articles in journals such as *Nature* and *Science.* He was associate editor of the RSC/CNRS journal *New. J. Chem.* from 2001–2009 and is currently Associate Editor for *Chemical Communications* (2010–) and series editor for the long-running *Monographs in Supramolecular Chemistry* (2010–). He is a member of a number of international editorial boards and advisory boards. He has given over 50 invited and keynote lectures at a large number of international conferences. Professor Steed's work has been cited over 8000 times, he has a citations H-factor of 46 and is ranked 167th in the world all time Cambridge Crystallographic Structural Database list of most frequent contributors (682 entries).

**Professional Activities**
- Member EPSRC Peer Review College 2000 – 2014
- Associate Editor for *Chemical Communications* (RSC flagship journal) 2010 – 2016.
- Associate Editor for *New Journal of Chemistry* (RSC/CNRS "all branches" journal) 2001 – 2009.
- Series editor *Monographs in Supramolecular Chemistry* (Royal Society of Chemistry, 2010–).
- Editorial Advisory Panel, *Nature Communications*, 2010–2013.
- Member ISIS neutron crystallography Facility Access Panel 2003 – 2006 (powder and single crystal).
- Expert international reviewer neutron powder diffraction access, Bragg Institute, ANSTO, Australia for powder diffraction instruments ECHIDNA (high resolution) and WOMBAT (high intensity), 2007.
- Stokes Professorship Review Panellist for Science Foundation Ireland, Dublin, 2007.
- Member editorial advisory board for *Chemical Communications* 2000 – 2010.
- Member editorial advisory board for *Journal of Supramolecular Chemistry* 2001 – 2004.
- Member editorial advisory board for *CrystEngComm.* 2002 – 2007.
- Member editorial board for *Main Group Chemistry*, 2005 – ongoing
- Member editorial board for open access journal *Molbank* 2009 – 2011 (http://www.mdpi.com/journal/molbank/)
- Visiting Professor, Monash University, Australia, 2000
- Invited Visiting Professor, University Louis Pasteur, Strasbourg, 2004 – 2005
- National Organising Committee International Symposium on Macrocyclic and Supramolecular Chemistry 2011
- Australian Research Council 'expert of international standing' 2004
- Fellow of the Royal Society of Chemistry (CChem FRSC), Member of the British Crystallographic Association (BCA). Member of the American Chemical Society (ACS)
- Member BCA Chemical Crystallography Group Committee 1999 – 2002 and organizer BCA Autumn meeting 2002
- Referee for *Nature, Science, Journal of the American Chemical Society, Angewandte Chemie,* most RSC journals (*Chem. Commun.*, *Dalton*, *NJC etc.*), *Inorganica Chimica Acta, Supramolecular Chemistry, J. Supramol. Chem., Mendeleev Commun.* and others.
- Ph.D. examiner nationally (Imperial College London, University College London, King's College London, Durham, Queen Mary, Bath, Birmingham, Cardiff, Glasgow, Strathclyde, Surrey, Loughborough, Sheffield, Nottingham Trent, Edinburgh, Heriot Watt) and internationally (Monash and UWA, Australia, Cape Town and Stellenbosch Universities, South Africa, National University of Singapore, University of Valencia, Spain and University of Jyväskylä, Finland)
- External M.Sc. Course Examiner, University College London, 2003 – 2006
- External Undergraduate Examiner Nottingham Trent University 2010 – 2014
- ISIS Target Station II LMX co-proposer and member of the Instrument Advisory Committee

## Teaching

- Lecture courses: Basic chemistry; Basic inorganic chemistry; Second year inorganic chemistry; Green chemistry; Instrumental and experimental techniques; Organometallic chemistry; Biological chemistry; X-ray crystallography; "Small molecules"; Supramolecular Chemistry; Organic Chemistry.
- Excellent student assessments.
- Participated in Open University summer schools as a tutor.
- Coordinator for King's highly successful laboratory methods course
- Pioneered the teaching of Supramolecular Chemistry as an undergraduate topic
- Extensive supervision of postdoctoral researchers, PhD students and undergraduate projects/visitors.

## Awards

- Royal Society of Chemistry Corday–Morgan Prize, 2010
- Royal Society of Chemistry Bob Hay Lectureship, 2008
- Vice Chancellor's Award for Excellence in Doctoral Supervision, 2006
- Royal Society of Chemistry Meldola Medal 1998
- Best Lecture Prize MICRA, 1996
- American Institute of Chemists Best Postdoctoral Researcher Prize, University of Missouri, 1995.
- NATO postdoctoral fellowship, 1993.
- Ramsay Medal for best Ph.D. in chemistry, University College London, 1993.
- Glaxo Travel Award for best lecture presentation, University College London, 1992.  This award enabled presentation of Ph.D. work at the XXIX[th] ICCC in Lausanne, Switzerland and a lecture at the XV[th] ICOMC in Warsaw, Poland.
- Nyholm Prize for best undergraduate in inorganic chemistry, University College London, 1990.

## Student Recruitment, Departmental Profile and Public Understanding of Science

- "Chemistry Flashes and Bangs", a light hearted demonstration lecture on the various forms of energy given annually 1997–2003 to audiences of *ca.* 300 students aged 16 – 18. Women in Science and Engineering (WISE) lectures (13–15 year old girls).
- Five-year term as vice president of the South London Chemistry Teachers' Centre, a body made up of school teachers, educationalists and chemists that organises events such as lectures, demos, visits and teachers' update conferences for teachers and pupils throughout the South East of England.
- Undergraduate recruitment – organisation of departmental recruitment days 1995 – 2003.
- Director of Graduate Studies, Durham University, 2007 – 2010; 2012–2013.
- Articles on aspects of chemical nanotechnology for *The Times Higher*, *Nature*, *Science*, *Chemistry & Industry* and the student journal *Chemistry Review*.
- Podcasts for "Chemistry in its element", Royal Society of Chemistry, 2009-10.
- Staff Development Course Trainer "Being a Principal Investigator"
- Member of Science Faculty and University Education Committees.

## Consultancy and Expert Witness

Professor Steed has acted as a consultant and expert witness in the UK, USA and Canada in the areas of pharmaceutical and pigment solid form (particularly X-ray diffraction), in gel chemistry and in aspects of instrumental and inorganic chemistry.

**List of Publications – J. W. Steed**

**Books**

1.  "Supramolecular Chemistry," J. W. Steed and J. L. Atwood, J. Wiley & Sons: Chichester, 2000. see: http://www.dur.ac.uk/jon.steed/books.htm **(Translated into Russian and Chinese 2007)**
2.  "Supramolecular Chemistry," 2nd Ed., J. W. Steed and J. L. Atwood, J. Wiley & Sons: Chichester, 2009. see: http://www.dur.ac.uk/jon.steed/books.htm
3.  "Core Concepts in Supramolecular Chemistry and Nanochemistry," J. W. Steed, D. R. Turner and K. J. Wallace, J. Wiley & Sons: Chichester, 2007. See: http://www.dur.ac.uk/jon.steed/supnano.htm

**Edited Works**

4.  "Encyclopedia of Supramolecular Chemistry," (2 vols + online updates) J. L. Atwood and J. W. Steed (eds.), Dekker: New York, 2004. http://www.dur.ac.uk/jon.steed/encycl.htm
5.  "Organic Nanostructures," J. W. Steed and J. L. Atwood (Eds.), Wiley-VCH: Weinheim 2008. See http://www.dur.ac.uk/jon.steed/books.htm
6.  "Supramolecular Chemistry: from Molecules to Nanomaterials", (8 vols.), P. A. Gale and J. W. Steed (Eds. in Chief), Wiley: Chichester, 2012.

**Book Chapters**

7.  "Structural and Topological Aspects of Anion Coordination," J. L. Atwood and J. W. Steed in *Supramolecular Chemistry of Anions*, A. Bianchi, K. Bowman-James, E. Garcia-España eds, J. Wiley & Sons: New York, 1997, ch. 5, *pp* 147-216. **(Invited)**
8.  "Supramolecular Anion Receptors," J. L. Atwood, K. T. Holman and J. W. Steed in *Advances in Supramolecular Chemistry*, G. Gokel Ed., Vol. 4, JAI Press: Greenwich, 1997, *pp* 287-331. **(Invited)**
9.  "Podand Hosts for Anion Binding and Signalling," J. W. Steed and K. J. Wallace in *Advances in Supramolecular Chemistry*, G. Gokel Ed., Vol. 9, Cerberus: New York, 2003, ch 5, *pp* 221–262. **(Invited)**
10. "Molecular Containers: Design Approaches and Applications," D. R. Turner, A. Pastor, M. Alajarín and J. W. Steed, *Structure and Bonding*, D. M. P. Mingos Ed., Springer-Verlag: Heidelberg, 2004, **108**, 97-168. **(Invited)**
11. "Hypervalent Compounds" (IA094), G. S. McGrady and J. W. Steed in *Encyclopedia of Inorganic Chemistry 2*, R. B. King (Ed.), vol. 3, *pp* 1938–1961, Wiley: Chichester, 2005. **(Invited)**
12. "Interplay of Non-Covalent Bonds: Effect of Crystal Structure on Molecular Structure," J. W. Steed in *Frontiers in Crystal Engineering*, E. R. T. Tiekink and J. J. Vittal Eds., Wiley: Chichester, 2006, Ch 4, *pp* 67–90. **(Invited)**
13. "Definition and Emergence of Supramolecular Chemistry", J. W. Steed, P. A. Gale and J. L. Atwood in *Supramolecular Chemistry from Molecules to Nanomaterials*, P. A. Gale and J. W. Steed (Eds.), Wiley: Chichester, 2012, **1**, 3–7.
14. "Podands", A. N. Swinburne and J. W. Steed in *Supramolecular Chemistry from Molecules to Nanomaterials*, P. A. Gale and J. W. Steed (Eds.), Wiley: Chichester, 2012, **3**, 1001–1044.

**Scientific Reviews**

4

15. "Laying Traps for Elusive Prey: Recent Advances in the Non-Covalent Binding of Anions", J. L. Atwood[*], K. T. Holman and J. W. Steed[*], *J. Chem. Soc., Chem. Commun.*, 1996, 1401–1407 (**Invited**).

16. "Crown Ethers and First and Second Sphere Ligands for Alkali Metal Cations," J. W. Steed, *Coord. Chem. Rev.*, 2001, **215**, 171–221 (**Invited**).

17. "Organic Macrocyclic Polyamine-Based Receptors for Anions," C. A. Ilioudis and J. W. Steed[*], *J. Supramol. Chem.*, 2001, **1**, 165–187. (**Invited**)

18. "Should Solid-State Molecular Packing Have to Obey the Rules of Crystallographic Symmetry?" J. W. Steed, *CrystEngComm*, 2003, **5**, 169-179. (**Invited Highlight – most accessed article Sept and Oct '03; top 5 Aug and Dec '03. Top 10 all-time most cited article in *CrystEngComm*)**

19. "A Modular Approach to Organic, Coordination Complex and Polymer Based Podand Hosts for Anions," M. H. Filby and J. W. Steed[*], *Coord. Chem. Rev.*, 2006, **250**, 3200–3218. (**Invited**)

20. "A Modular Approach to Anion Binding Podands: Adaptibility in Design and Synthesis Leads to Adaptability in Properties", J. W. Steed[*], *Chem. Commun.*, 2006, 2637-2649. (**Top ten accessed article June '06; RSC 'top 20 most cited' award 2009**)

21. "Organometallic cativtands: cation–π interactions and anion binding *via* π-metallation," J. T. Lenthall and J. W. Steed[*], *Coord. Chem. Rev.*, 2007, **251,** 1747–1760. (**Invited**)

22. "Coordination and Organometallic Compounds as Anion Receptors and Sensors," J. W. Steed, *Chem. Soc. Rev.*, 2009, **38**, 506–519. (**Invited**)

23. "Anion-Tuning of Supramolecular Gel Properties", G. O. Lloyd and J. W. Steed[*], *Nature Chem.*, 2009, **1**, 437–442. (**Invited**)

24. "Metal- and Anion Binding Supramolecular Gels", M. M. Piepenbrock, G. O. Lloyd, N. Clarke[*] and J. W. Steed[*], *Chem. Rev.*, 2010, **110**, 1960–2004.

25. "Self-assembly of Tris(ureidobenzyl)amines: Flexible Bricks for Robust Architectures", M. Alajarín[*], R. A. Orenes, J. W. Steed and A. Pastor[*], *Chem. Commun.*, 2010, **46**, 1394–1403. (**Invited**).

26. "Exploiting Cavities in Supramolecular Gels", J. A. Foster and J. W. Steed*, *Angew. Chem., Int. Ed. Engl.*, 2010, **49**, 6718–6724.

27. "X-ray and Neutron Diffraction in the Study of Organic Crystalline Hydrates", K. Fucke and J. W. Steed*, *Water*, 2010, **2**, 333–350. (**Invited**)

28. "Anion-Tuned Supramolecular Gels: A Natural Evolution from Urea Supramolecular Chemistry", J. W. Steed*, *Chem. Soc. Rev.*, 2010, **39**, 3686–3699. (**Invited**)

29. "Supramolecular Gel Chemistry: Developments Over the Last Decade", J. W. Steed[*], *Chem. Commun.*, 2011, **47**, 1379–1383. (**Invited – most accessed Oct 2010**).

30. "Mechanochemistry: opportunities for new and cleaner synthesis", S. L. James[*], P. Collier, I. P. Parkin, G. Hyatt, D. Braga, L. Maini, W. Jones, C. Bolm, A. Krebs, J. Mack, D. Waddell, W. Shearhouse, A. Guy Orpen, C. Adams, T. Friscic, J. W. Steed and K. D. M. Harris, *Chem. Soc. Rev.*, 2012, **41**, 413–447.

31. "First Glimpse at a Calixarene Clathrate", J. W. Steed, *Chem. Commun.*, 2013, **49**, 114-117.

32. "The Chemistry of Low Dosage Clathrate Hydrate Inhibitors", A. Perrin, O. M. Musa and J. W. Steed*, *Chem. Soc. Rev.*, 2013, **42**, 1996–2015.

33. "The role of co-crystals in pharmaceutical design", J. W. Steed, *Trends Pharm. Sci.*, 2013, **34**, 185–193.

34. "Supramolecular Gel Phase Crystallization: Orthogonal Self-Assembly Under Non-equilibrium Conditions", D. K. Kumar and J. W. Steed*, *Chem. Soc. Rev.*, 2014, **43**,

2080–2088 **(Invited)**.

## Popular Articles

35.     "Spy vs. Spy: Molecular Sensors in Biochemistry and the Environment," J. W. Steed, *Chemistry Review*, 1997, **6**, no. 4, 2-6.
36.     "Cutting Edge," J. W. Steed, *The Times Higher*, 16 July 1999, *p* 30.
37.     "Crystals that Breathe," J. W. Steed, *Nature*, 2000, **406**, 943-944.
38.     "Young and With Big Ideas," J. W. Steed, *Chem. Ind.*, 2001, no. 22, 19 Nov, *p* 735.
39.     "The Strong Hydrogen Bond in Crystal Engineering," J. W. Steed, P. D. Prince, C. Wilkinson and S. A. Mason, *ILL Annual Report*, 2001, 40-41.
40.     "Molecular 'Ghosts'," J. W. Steed, *Science*, 2002, **298**, 976-977.
41.     "Expectations for the quality and originality of submissions to NJC," C. Bostock-Smith, G. Gokel, J.-P. Majoral, D. Parent, C. Sanchez and J. Steed, *New J. Chem.*, 2004, **28**, E3–E4.
42.     "Editorial for George Gokel Special Issue," J. W. Steed and J. L. Atwood, *New J. Chem.*, 2007, **31**, 617-617.
43.     "Editorial for Jerry Atwood Special Issue," J. W. Steed, *New J. Chem.*, 2008, **32**, 761-761.
44.     "Molecular recognition scaled up", J. W. Steed, *Nature Chem.*, 2011, **3**, 9–10. (News & Views).

## Book and Software Reviews

45.     "Ca.R.Ine Review," J. W. Steed, *Software Reviews*, 1999, **19**, 18-20.
46.     "Calixarenes for Separations," J. W. Steed, *J. Chem. Soc., Perkin Trans 1*, 2001, 1848.
47.     "Supramolecular Organometallic Chemistry", J. W. Steed, *Cryst. Growth. Des.*, 2002, **2**, 79.
48.     "Supramolecular Analytical Chemistry", J. W. Steed, *Organometallics,* 2007.

## Podcasts

49.     "Ruthenium", *Chemistry in its Element*, Royal Society of Chemistry, 2009. http://www.rsc.org/chemistryworld/podcast/element.asp
50.     "Niobium", *Chemistry in its Element*, Royal Society of Chemistry, 2010. http://www.rsc.org/chemistryworld/podcast/element.asp
51.     "Cisplatin", *Chemistry in its Element*, Royal Society of Chemistry, 2010. http://www.rsc.org/chemistryworld/podcast/CIIEcompound.asp

## Scientific Papers.

### *(a) Undergraduate work*

### 1991

52.     "The Reactions of a $[Ru(\eta^6\text{-arene})Cl_2]_2$ with a Series of Aminopyridine Ligands: X-ray Crystal Structures of $[Ru(\eta^6\text{-}1,4\text{-MeC}_6H_4CHMe_2)Cl_2(NC_5H_4NH_2)]$ and $[Ru(\eta^6\text{-}C_{16}H_{16})Cl_2(NC_5H_4NH_2)]$", R. Aronson, M. R. J. Elsegood, J. W. Steed and D. A. Tocher, *Polyhedron*, 1991, **10**, 1727-1732.

53.  "Hydrogen Bonding XIX.  The Characterisation of Two Poly(methylphenylsiloxane)s", M. H. Abraham, G. S. Whiting, J. Andonian-Haftvan, J. W. Steed and J. W. Grate, *J. Chromatogr.*, 1991, **588**, 361-364.

*(b) Postgraduate work*

54.  "Some Reactions of $[Ru(\eta^6\text{-}C_6Me_6)(\eta^6\text{-}[2.2]paracyclophane)][BF_4]_2$ with Nucleophiles", J. W. Steed and D. A. Tocher, *J. Organomet. Chem.*, 1991, **412**, C37-C39.

55.  "Synthesis and Characterisation of a Pyrazene Bridged *Bis*(allyl) Ruthenium(IV) Complex.  Crystal Structure of $[\{Ru(\eta^3\text{-}C_{10}H_{16})Cl_2\}_2(\mu\text{-}C_4H_4N_2)]\cdot 2CHCl_3$", J. W. Steed and D. A. Tocher, *J. Organomet. Chem.*, 1991, **412**, C34-C36.

56.  "Characterisation of the Air and Water Stable Organometallic Ruthenium(IV) Complex $[Ru(\eta^3:\eta^2:\eta^3\text{-}C_{12}H_{18})Cl(H_2O)][BF_4]$", J. W. Steed and D. A. Tocher, *J. Chem. Soc., Chem. Commun.*, 1991, 1609-1610.

57.  "Organometallic Carboxylato Compounds of Ruthenium(IV)", J. W. Steed and D. A. Tocher, *Inorg. Chim. Acta*, 1991, **189**, 135-137.


**1992**

58.  "Synthesis of Cationic Ruthenium(IV) Allyl Compounds Containing Chelating *N*-Donor Ligands: X-ray Crystal Structure of $[Ru(\eta^3:\eta^3\text{-}C_{10}H_{16})(N_3C_{15}H_{11})][BF_4]_2\cdot CH_3NO_2$", J. W. Steed and D. A. Tocher, *Inorg. Chim. Acta*, 1992, **191**, 29-31.

59.  Synthesis and Crystal and Molecular Structure of a Novel Ruthenium(IV) Thiocyanato Bridged Dimer", J. W. Steed and D. A. Tocher, *J. Chem. Soc., Dalton Trans.*, 1992, 459-461.

60.  "Reactions of $[Ru(\eta^6\text{-}arene)(\eta^6\text{-}[2.2]paracyclophane)][BF_4]_2$ Complexes with Nucleophiles", M. R. J. Elsegood, J. W. Steed and D. A. Tocher, *J. Chem. Soc., Dalton Trans.*, 1992, 1797-1801.

61.  "Dinuclear Carboxylato Bridged Complexes of Ruthenium(IV)", J. W. Steed and D. A. Tocher, *Polyhedron*, 1992, **11**, 1849-1854.

62.  "Geometrical Isomerism in 2-Hydroxypyridinate and Pyridine-2-thiolate Complexes of Ruthenium(IV)", J. W. Steed and D. A. Tocher, *J. Chem. Soc., Dalton Trans.*, 1992, 2765-2773.

63.  "Bi- and Trinuclear Complexes of Ruthenium(IV) with *N*-Donor Ligands", J. W. Steed and D. A. Tocher, *Polyhedron*, 1992, **11**, 2729-2737.


**1993**

64.  "Mono- and Bidentate Carboxylato Complexes of Ruthenium(IV)", B. Kavanagh, J. W. Steed and D. A. Tocher, *J. Chem. Soc., Dalton Trans.*, 1993, 327-335.

65.  "Cyclohexenyl [2.2]Paracyclophane Complexes of Ruthenium(II): Highly Fluxional Agostics from the Sequential Reduction of Arenes", J. W. Steed and D. A. Tocher, *J. Organomet. Chem.*, 1993, **444**, C47-C50.

66.  "Synthesis and Electrochemistry of Organometallic Ethanethiolato Bridged Complexes of Ruthenium(IV)", G. Belchem, J. W. Steed and D. A. Tocher, *J. Organomet. Chem.*, 1993, **460**, C30-C33.

67.  "Sterically Controlled Double Nucleophilic Addition Reactions of $(\eta^6\text{-}Arene)(\eta^6\text{-}[2.2]paracyclophane)ruthenium(II)$ Complexes and Reactions to form

Highly Fluxional Agostic Cyclohexenyls", J. W. Steed and D. A. Tocher, *J. Chem. Soc., Dalton Trans.*, 1993, 3187-3201.

**1994**

68. "Organometallic Thiol and Thiolato Complexes of Ruthenium(IV)", G. Belchem, J. W. Steed and D. A. Tocher, *J. Chem. Soc., Dalton Trans.*, 1994, 1949-1962.
69. "Coordination of Primary Amine Ligands to an Allyl Ruthenium(IV) Centre", J. W. Steed and D. A. Tocher, *J. Organomet. Chem.*, 1994, **471**, 221-228.
70. "Organometallic Complexes of Ruthenium(IV) with Bidentate Oxygen and Nitrogen Donor Ligands", G. Belchem, D. H. A. Schreiber, J. W. Steed and D. A. Tocher, *Inorg. Chim. Acta*, 1994, **218**, 81-87.
71. Nitrato Complexes of Ruthenium(IV): Chelating, 'Semi-chelating' and Monodentate Coordination Modes", J. W. Steed and D. A. Tocher, *Polyhedron*, 1994, **13**, 167-173.
72. "Synthesis of Ruthenium(0) dienes from ([2.2]paracyclophane)(arene)ruthenium(II) Complexes and their Subsequent Reactions to form Highly Fluxional Agostics", J. W. Steed and D. A. Tocher, *Proc. Indian Acad. Sci. (Chem. Sci.)*, 1994, **106**, 691-702.
73. "A Selenocyanate Derivative of an Allyl Ruthenium(IV) Compound", M. Rowley, J. W. Steed and D. A. Tocher, *Polyhedron*, 1995, **14**, 1415-1418.
74. "Neutral and Anionic Halide Complexes of Ruthenium(IV)", J. W. Steed and D. A. Tocher, *Inorg. Chim. Acta*, 1995, **229**, 87-93.

*(c) Postdoctoral work*

75. "A Water Soluble Bear Trap Exhibiting Strong Anion Complexation Properties", J. W. Steed, R. K. Juneja and J. L. Atwood, *Angew. Chem.*, 1994, **106**, 2571-2572 (in German). English version: *Angew. Chem. Int. Ed. Engl.* 1994, **33**, 2456-2457.
76. "Synthesis of Cationic Organometallic Calixarene Hosts by Direct Metalation of the Outer Face", J. W. Steed, R. K. Juneja, R. S. Burkhalter and J. L. Atwood, *J. Chem. Soc., Chem. Commun.*, 1994, 2205-2206.
77. "Ball and Socket Nano-Structures: New Supramolecular Chemistry Based on Cyclotriveratrylene", J. W. Steed, P. C. Junk, J. L. Atwood, M. J. Barnes, C. L. Raston and R. S. Burkhalter, *J. Am. Chem. Soc.*, 1994, **116**, 10346-10347.

**1995**

78. "Inclusion Properties of Cyclotetracatechylene", L. J. Barbour, J. W. Steed and J. L. Atwood[*], *J. Chem. Soc., Perkin Trans. 2*, 1995, 857-860.
79. "Inclusion Chemistry of Cyclotetraveratrylene", H. Zhang, J. W. Steed and J. L. Atwood[*], *Supramol. Chem.*, 1995, **4**, 185-190.
80. "Supramolecular Chemistry of Calix[5]arenesulfonate: A Water Soluble, Bowl Shaped Host with a Large Molecular Cavity", J. W. Steed, C. P. Johnson, C. L. Barnes, J. L. Atwood[*], D. L. Clark and S. Reilly, R. L. Hollis, P. H. Smith, *J. Am. Chem. Soc.*, 1995, **117**, 11426-11433.
81. "Hosting a Radioactive Guest: Binding of $^{99}TcO_4^-$ by a Metalated Cyclotriveratrylene", K. T. Holman, M. M. Halihan, J. W. Steed, S. S. Jurisson, J. L. Atwood[*], *J. Am. Chem. Soc.*, 1995, **117**, 7848-7849.

**1996**

8

82.　　"Inclusion Chemistry of Cyclotriveratrylene and Cyclotricatechylene", J. W. Steed, H. Zhang and J. L. Atwood[*], *Supramol. Chem.*, 1996, **7**, 37-45.

83.　　"Anion Inclusion Within the Cavity of π-Metalated *p-t*-Butylcalix[5]arene", J. W. Steed, C. P. Johnson, R. K. Juneja, R. S. Burkhalter and J. L. Atwood[*], *Supramol. Chem.*, 1996, **6**, 235-240.


***(d) King's College London***

84.　　"Inclusion of Neutral and Anionic Guests Within the Cavity of π-Metalated Cyclotriveratrylene", A. B. Mitchell, J. W. Steed[*], K. T. Holman, M. M. Halihan, J. Montgomery, S. S. Jurisson, J. L. Atwood[*] and R. S. Burkhalter, *J. Am. Chem. Soc.*, 1996, **118**, 9567-9576.

85.　　"Transition Metal Complexes of *p*-Sulfonatocalix[5]arene", J. W. Steed, C. P. Johnson, J. L. Atwood[*], C. B. Bauer and R. D. Rogers, *Inorg. Chem.*, 1996, **35**, 2602-2610.

86.　　"Ruthenium Mediated Cyclo-dimerisation of Butadiene", J. W. Steed[*], D. A. Tocher[*] and R. D. Rogers, *J. Chem. Soc., Chem. Commun.,* 1996, 1589-1590.


**1997**

87.　　"Anion Binding Within the Cavity of π-Metalated Calixarenes", M. Staffilani, K. S. B. Hancock, J. W. Steed[*], K. T. Holman, J. L. Atwood[*], R. K. Juneja and R. S. Burkhalter, *J. Am. Chem. Soc,* 1997, **119**, 6324 -6335.

88.　　"Intra-Cavity Inclusion of [CpFe[II](arene)]⁺ Guests by Cyclotriveratrylene", K. T. Holman, J. W. Steed and J. L. Atwood[*], *Angew. Chem.* 1997, **109**, 1840-1842 (in German).  English version: *Angew. Chem., Int. Ed. Engl.* 1997, **36**, 1736-1738.

89.　　"Sodium Springs Another Surprise", C. D. Hall[*], T. -K. -U. Truong, J. H. R. Tucker and J. W. Steed, *Chem. Commun.*, 1997, 2195-2196.


**1998**

90.　　"Bowl *vs.* Saddle Conformations in Cyclononatriene-Based Anion Binding Hosts", M. Staffilani, G. Bonvicini, J. W. Steed[*], K. T. Holman, J. L. Atwood and M. R. J. Elsegood, *Organometallics,* 1998, **17**, 1732-1740.

91.　　 "New Insights into the Formation of Extended Supramolecular Architectures from Simple Building Blocks", H. Hassaballa, J. W. Steed[*] and P. C. Junk, *J. Chem. Soc., Chem. Commun.*, 1998, 577-578.

92.　　C-H⋯π Hydrogen Bonding *vs.* Anion Complexation in Rh(I) Complexes of Cyclotriveratrylene", K. S. B. Hancock and J. W. Steed[*], *Chem. Commun.*, 1998, 1409-1410.

93.　　"A Synthesis of Atenolol Using a Nitrile Hydration Catalyst", J. Akisanya, A. W Parkins[*] and J. W. Steed, *Org. Proc. Res. Dev.,* 1998, **2**, 274-276.

94.　　"Formation of Lanthanide and Actinide Oxonium Ion Complexes with Crown Ethers from a Liquid Clathrate Medium", H. Hassaballa, J. W. Steed[*], P. C. Junk and M. R. J. Elsegood, *Inorg. Chem.,* 1998, **37**, 4666-4671.

95.　　"Oxonium Ion Crown Ether Complexes from *Aqua Regia*", K. Johnson and J. W. Steed[*], *Chem. Commun.*, 1998, 1479-1480.

96.　　"Hydrogen Bonded Polymers and Oligomers from Metal Salts and 18-crown-6", J. W. Steed[*], B. J. McCool and P. C. Junk[*], *J. Chem. Soc., Dalton Trans.,* 1998, 3417-3424.

97.　　"The Noncovalent Binding of Anions Using Deep Cavity [CpFe(arene)]⁺-Based Hosts", T. Holman, G. W. Orr, J. W. Steed and J. L. Atwood[*], *Chem. Commun.,* 1998,

2109-2110.

98.    "Effects of Non-Molecular Forces on Molecular Structure in Tris(thiourea) Copper(I)", K. Johnson and J. W. Steed[*], *J. Chem. Soc., Dalton Trans.*, 1998, 2601-2602.

99.    "Weak Interactions in Silver Complexes of 15-crown-5", P. D. Prince and J. W. Steed[*], *Supramol. Chem.*, 1998, **10**, 155-158.

100.   "Synthesis and Structural Characterisation of Novel Rhodium Diacylarsenido Complexes" C. Jones[*], S. J. Black and J. W. Steed, *Organometallics*, 1998, **17**, 5924-5926.

101.   Metal Mediated Synthesis of and Structural Characterisation of a Novel 2,3-Distibene-1,4-dione, $[Pt(PEt_3)_2\{\eta^2-Bu^tC(O)Sb=SbC(O)Bu^t\}]$, S. J. Black, D. E. Hibbs, M. B. Hursthouse, C. Jones[*] and J. W. Steed, *Chem. Commun.,* 1998, 2199-2200.

102.   "Effect of weak hydrogen bonding and included solvent on the crystal structure of the square-planar complex *trans*-Pt$\{PPh_2(C_{16}H_{15})\}_2Cl_2$," P. Suman, P. W. Dyer, P. J. Dyson[*], S. L. James and J. W. Steed, *New J. Chem.*, 1998, 1311-1313.

103.    "Redox-Active Schiff Base Ligands", C. D. Hall[*], N. Sachsinger, S. C. Nyburg, J. W. Steed, *J. Organomet. Chem.*, 1998, **561**, 209- 219.


**1999**

104.   "Stabilisation of  Sodium Complexes of 18-crown-6 by Intramolecular Hydrogen Bonding", J. W. Steed[*] and P. C. Junk,  *J. Chem. Soc., Dalton Trans.,* 1999, 2141 – 2146.

105.   "N,N',N''-Triphenylguanidinate(-1) Complexes of Ruthenium and Palladium: Synthesis and X-ray Crystal Structures", K. T. Holman, S. D. Robinson[*], A. Sahajpal and J. W. Steed, *J. Chem. Soc., Dalton Trans.*, 1999, 15-18.

106.   "Some Crown Ether Complexes of the Alkaline Earth Metal Nitrates" P. C. Junk[*] and J. W. Steed, *J. Chem. Soc., Dalton Trans.*, 1999, 407-414.

107.    "Formation of an Organometallic Coordination Polymer from the Reaction of Silver(I) with a Non-Complimentary Lariat Ether," P. D. Prince, P. J. Cragg and J. W. Steed[*], *Chem. Commun.*, 1999, 1179 - 1180.

108.   "Nucleophilic Addition to Ruthenium Activated Tetramethylthiophene", A. Birri, J. W. Steed[*] and D. A. Tocher[*], *J. Organomet. Chem.*, 1999, **575**, 242 - 245.

109.    "Synthesis and Crystal Structures of $\pi$-Tetramethylthiophene Complexes of Ruthenium(II)", A. Birri, J. W. Steed and D. A. Tocher,* *Polyhedron*, 1999, **18**, 1825 – 1833.

110.    "A 'Toothpaste Tube' Model for Trans-Membrane Ion Transport", J. W. Steed, M. C. Allen and P. J. Cragg, *Chem. Commun.*, 1999, 553-554. **Reviewed in *Chem. Br.* and *New Scientist***

111.   "Novel Transformations of Alkynyl Ligands at Iron Centres: Oxidative-Addition of PPh₃, Head-to-Tail Coupling and Coupling with a Phenyl Ligand," A. J. Carty,[*] G. Hogarth,[*] G. D. Enright, J. W. Steed and D. Georganopoulou, *Chem. Commun.*, 1999, 1499 – 1500.

112.   "Orientational Isomerism in Bridging 2-Pyridyl Complexes: Orthometallation of (S)-Nicotine and (R)-1-(4-pyridyl)ethanol in Triosmium Clusters", A. J. Deeming,[*] M. J. Stchedroff, C. Whittaker, A. J. Arce, Y. De Sanctis and J. W. Steed, *J. Chem. Soc., Dalton Trans*, 1999, 3289 - 3294.

113.    "Topological Control in Coordination Polymers by Non-Covalent Forces", G. Guliera and J. W. Steed[*], *Chem. Commun.*, 1999, 1563 - 1564.

114.   "Is the 'Unconventional' H···H Bond More Common Than Expected? Synthesis and

X-ray Structure of Monomeric [Ru(CO)H$_2$(PPh$_3$)$_3$]", J. W. Steed[*] and P. C. Junk, *J. Organomet. Chem.*, 1999, **587**, 191 – 194.

115.   "Compounds containing $\lambda^3,\sigma^2$-Sb=C bonds: synthesis and structural characterisation of the first stiba-enol, Mes[*]C(O)SbC(OH)Mes[*] (Mes[*] = C$_6$H$_2$Bu$^t_3$-2,4,6) and a 2,3-distibabutadiene, {Mes(Me$_3$SiO)CSb}$_2$ (Mes = C$_6$H$_2$Me$_3$-2,4,6)", C. Jones,[*] J. W. Steed, R. C. Thomas, *J. Chem. Soc., Dalton Trans.*, 1999, 1541-1542.

116.    "Syntheses and X-ray crystal structures of [Co($\eta^2$-CO$_3$)(NH$_3$)$_4$](NO$_3$).0.5H$_2$O and [(NH$_3$)$_3$Co($\mu_2$-OH)$_2$($\mu$ $_2$-CO$_3$)Co(NH$_3$)$_3$][NO$_3$]$_2$.H$_2$O," P. C. Junk[*] and J. W. Steed, *Polyhedron*, 1999, **18**, 3593-3597.

117.   "Reductive Coupling of Alkynes to give Ruthenium and Osmium Clusters of the Type [M$_3$($\mu_3$-X)(1,3-diene)(CO)$_8$] containing $\mu$–$\eta^2$,$\eta^2$ or $\eta^4$-1,3-diene derived by reductive coupling of alkynes", S. Ali, A. J. Deeming, G. Hogarth, N. Mehta and J. W. Steed, *Chem. Commun.*, 1999, 2541 – 2542.

118.   "Reproducible growth of a neutral inorganic co-crystal: Pd{PPh$_2$(C$_{16}$H$_{15}$)}$_2$Cl$_2$·[Pd{PPh$_2$(C$_{16}$H$_{15}$)}Cl$_2$]$_2$·solvate (solvate = CH$_2$Cl$_2$ or Et$_2$O)," P. J. Dyson,[*] Jonathan W. Steed and P. Suman, *CrystEngComm.*, 1999, 2.

119.   "Conformational preferences of O-substituted oxacalix[3]arenes," P. J. Cragg,[*] M. G. B. Drew, J. W. Steed, *Supramol. Chem.*, 1999, **11**, 5-15.


**2000**

120.   "Crystal Structure of the Alums. I. Sulfate Group Disorder in the $\alpha$-Alums", S. C. Nyburg, J. W. Steed, S. Aleksovska and V. M. Petruševski, *Acta Crystallogr., Sect B*, 2000, **56**, 204 - 209.

121.   Synthesis, structure and reactivity of osmium $\pi$-thiophene complexes," A. Birri, J. W. Steed and D. A. Tocher[*], *J. Organomet. Chem.*, 2000, **46**, 596.

122.   "Insights into Supramolecular Design from Analysis of Halide Coordination Geometry in a Protonated Polyamine Matrix." C. A. Ilioudis, K. S. B. Hancock, D. G. Georganopoulou and J. W. Steed[*], *New J. Chem.*, 2000, **24**, 787-798.

123.    "Synthesis and Characterisation of a Homoleptic Thiolate Complex of Titanium(IV)," C. J. Carmalt, C. W. Dinnage, I. P. Parkin and J. W. Steed, *Inorg. Chem.*, 2000, **39**, 2693.

124.   "New $\perp$ Mode of Azulene Coordination to a Transition Metal Cluster. Crystal and Molecular Structure of the Dicarbenoid ($\mu$-H)$_2$Os$_3$(CO)$_9$($\mu_3$–$\eta^1$:$\eta^2$-C$_{10}$H$_6$) derivative," S. Aime, A. J. Arce, D. Giusti, R. Gobetto, J. W. Steed, *J. Chem. Soc., Dalton Trans.*, 2000, 2215 – 2217.

125.   Rhodium cyclooctadiene complexes of the weakly coordinating carborane anion [*closo*-CB$_{11}$H$_{12}$]$^-$. Isolation and crystal structures of [(COD)Rh($\eta^2$-CB$_{11}$H$_{12}$)] and [(COD)Rh(THF)$_2$][CB$_{11}$H$_{12}$]," A. S. Weller,[*] M. F. Mahon and J. W. Steed, *J. Organomet. Chem.*, 2000, **614**, 113–119.

126.   *N, N', N''*-triphenylguanidinate(–1) complexes of ruthenium, osmium and iridium: synthesis and X-ray crystals structures," S. D. Robinson,[*] A. Sahajpal and J. Steed, *Inorg. Chim. Acta.*, 2000, **303**, 265 – 270.

127.   "Synthesis and structures of chromium tricarbonyl complexes of benzylic halides and benzylic alcohols," A. M. Christofi, P. J. Garratt, G. Hogarth,[*] and J. W. Steed, *J. Chem. Soc., Dalton Trans.*, 2000, 2137 - 2144.

128.   "Linking of metal centres through boryl ligands: synthesis, spectroscopic and structural characterisation of a symmetrically bridged boryl complex CpFe(CO)$_2$BO$_2$C$_6$H$_2$O$_2$BFe(CO)$_2$Cp," S. Aldridge,[*] R. J. Calder, A. A. Dickinson, D.

J. Wilcox and J. W. Steed, *Chem. Commun.*, 2000, 1377 – 1378.

129. "Scope and limitations of the preparation of aminophosphines R-NH(CH$_2$CH$_2$PPh$_2$) and aminodiphosphines R-N(CH$_2$CH$_2$PPh$_2$)$_2$ via Michael addition of amines to vinylphosphines," M. S. Rahman, J. W. Steed and K. K. Hii,[*] *Synthesis-Stuttgart*, 2000, **9**, 1320 – 1326.

130. "Transition metal complexes of the weakly coordinating carborane anion [CB$_{11}$H$_{12}$]$^-$: the first isolation and structural characterisation of an intermediate in a silver salt metathesis reaction," N. J. Patmore, J. W. Steed, A. S. Weller,[*] *Chem. Commun.,* 2000, 1055-1056.

131. "*N, N'*-Diphenylthioureido complexes of ruthenium, osmium and iridium," S. D. Robinson,[*] A. Sahajpal and J. W. Steed, *Inorg. Chim. Acta.*, 2000, **306**, 205 – 210.

132. "The Synthesis and Characterisation of [Pd(S$_2$CNEt$_2$){Ph$_2$P(CH$_2$)$_n$PPh$_2$}]$^+$ salts of some chlorometallate anions (n = 1, 3, 4): X-ray crystal structures of the salts [Pd(S$_2$CNEt$_2$){Ph$_2$P(CH$_2$)$_n$PPh$_2$}][MCl$_4$] (n = 1, 4); M = Cd; n = 3; M = Hg)," G. Exarchos, S. D. Robinson[*] and J. W. Steed, *Polyhedron*, 2000, **19**, 1511 – 1517.

133. "Ruthenium carboxylate complexes [Ru(O$_2$CR)$_2$(H$_2$O)(Me$_2$SO)$_3$] (R = Me, CF$_3$) – synthesis and X-ray structures," K. Z. Malik, S. D. Robinson[*] and J. W. Steed, *Polyhedron*, 2000, **19**, 1589 – 1592.

134. "Convenient syntheses, spectroscopic and structural characterisation of bi-functional boranes," S. Aldridge, R. J. Calder, M. H. Cunningham, K. M. A. Malik, J. W. Steed, *J. Organomet. Chem.*, 2000, **614**, 188-194.

135. "The synthesis and co-ordination chemistry of new functionalised pyridylphosphines derived from Ph$_2$PCH$_2$OH," S. E. Durran, M. B. Smith,[*] A. M. Z. Slawin and J. W. Steed, *J. Chem. Soc., Dalton Trans.*, 2000, 2771 – 2778.

136. "Homoleptic silyl complexes of arsenic and antimony," C. J. Carmalt[*] and J. W. Steed, *Polyhedron*, 2000, **19**, 1639 – 1642.

137. "Molecular design using electrostatic interactions part 2: synthesis and properties of flexible dipodand di- and tetra-cations with restricted conformations. Charge, shape and size in molecular complexation," P. J. Garratt,[*] Y. -F. Ng and J. W. Steed, *Tetrahedron*, 2000, **56**, 4501 – 4509.


**2001**


138. "The X-ray Crystal Structure of Chromous Hydrazine Sulfate," A. W. Parkins,[*] P. D. Prince, R. A. L. Smith and J. W. Steed, *Acta Crystallogr, Sect. C*, 2001, **57**, 670-671.

139. "[15]Crown-5: An unsymmetrical hydrogen bond acceptor in crystal engineering," J. W. Steed*, E. Sakellariou, P. C. Junk* and M. K. Smith, *Chem. Eur. J.*, 2001, **7**, 1240-1247.

140. "Dimerization of tris(*o*-ureido benzyl)amines: a novel class of aggregates," M. Alajarín,[*] A. López-Lázaro, A. Pastor, P. D. Prince, J. W. Steed,[*] R. Arakawa, *Chem. Commun.*, 2001, 169-170.

141. "Synthesis and structural characterisation of tin(II) and zinc(II) derivatives of cyclic α-hydroxyketones, including the structures of Sn(maltol)$_2$, Sn(tropolone)$_2$, Zn(tropolone)$_2$ and Zn(hinokitiol)$_2$," M. C. Barret, M. F. Mahon, K. C. Molloy*, J. W. Steed and P. Wright, *Inorg. Chem*, 2001, **40**, 4384-4388.

142. "Multiple substitutions on (η$^6$-arene)tricarbonylchromium(0) complexes," S. E. Gibson (née Thomas),[*] J. W. Steed and S. Sur, *J. Chem. Soc., Perkin Trans 1*, 2001, 636-641.

143. "Synthesis and characterisation of {Mo(η-L)(CO)$_3$}$^+$ (η-L = C$_5$H$_5$, C$_5$Me$_5$) fragments ligated with [CB$_{11}$H$_{12}$]$^-$ and derivatives. Isolation and structural characterisation of an

intermediate in a silver salt metathesis reaction," N. J. Patmore, M. F. Mahon, J. W. Steed and A. S. Weller[*], *J. Chem. Soc., Dalton Trans.*, 2001, 277-283.

144.   "Supramolecular interactions in metal tosylate complexes," K. R. Fewings, P. C. Junk, D. Georganopoulou, P. D. Prince and J. W. Steed,[*] *Polyhedron*, 2001, **20**, 643 – 649.

145.   "Amidinato and triazenido complexes of ruthenium(II): X-ray crystal structure of the *N,N'*-diphenylformamidine fragmentation product [RuCl(NH₂Ph){PhNC(H)NPh}(Me₂SO)₂]," T. Clark, J. Cochrane, S. F. Colson, K. Z. Malik, S. D. Robinson[*] and J. W. Steed, *Polyhedron*, 2001, **20**, 1875-1880.

146.   "A novel carbanion-based coordination polymer with versatile adsorption and desorption properties," G. Guilera and J. W. Steed[*], *J. Supramol. Chem.*, 2001, **1**, 31-33.

147.   "A New Organometallic Synthon in Diamondoid Crystal Engineering?" N. Valls and J. W. Steed[*], *Inorg. Chim. Acta.*, 2001, **325**, 208–210.

148.   "Oxonium-Ions from *Aqua Regia*: Isolation by Hydrogen Bonding to Crown Ethers," M. Calleja, K. Johnson, W. J. Belcher and J. W. Steed[*], *Inorg. Chem.*, 2001, **40**, 4978-4985.

149.   "A Helical Structure Held Together by Phosphonate C-H···O Hydrogen Bonds," I. Forristal, J. Lowman, K. Afarinkia and J. W. Steed[*], *CrystEngComm.*, 2001, 53-56 (article 14).

150.   "Anion-induced structural diversity in 12-crown-4 complexes of transition metal salts," P. C. Junk,* M. K. Smith and J. W. Steed, *Polyhedron*, 2001, **20**, 2979–2988.

151.   "Engineering of Porous π-Stacked Solids Using Mechanochemistry," P. J. Nichols, C. L. Raston[*] and J. W. Steed[*], *Chem. Commun.*, 2001, 1062-1063.

152.   "Synthesis and Characterization of Gallium Silylamido Complexes," C. J. Carmalt,* J. D. Mileham, A. J. P. White, D. J. Williams and J. W. Steed, *Inorg. Chem.*, 2001, **40**, 6035-6038.

153.   "The interaction of 2-arsa and 2-stiba-1,3-dionatolithium complexes with group 8-12 metal halides" C. Jones,* P.C. Junk, J.W. Steed, R.C. Thomas and T.C. Williams, *J. Chem. Soc., Dalton Trans*, 2001, 3219-3226.

154.   "The First Structurally Characterized Hypervalent Silicon Hydride: Molecular Structure and Novel Si-H···M interactions," M. J. Bearpark, G. S. McGrady,* P. D. Prince, and J. W. Steed[*], *J. Am. Chem. Soc.*, 2001, **123**, 7736-7737.

155.   "A Novel Recyclable Sulfur Monoxide Transfer Reagent," R. S. Grainger,* A, Procopio and J. W. Steed, *Org. Lett.*, 2001, **3**, 3565-3568.

156.   "Single Crystal Neutron and X-ray Diffraction Studies of (H₇O₃)[AuCl₄]·15-crown-5," M. Calleja, S. A. Mason, P. D. Prince, J. W. Steed[*] and C. Wilkinson, *New J. Chem.*, 2001, **25**, 1475–1478.

157.   "The synthesis of new bimetallic complex salts by halide/sulfur chelate cross transfer: X-ray crystal structures of the salts [Ni(S₂CNEt₂)(dppe)]₂[HgBr₄], [Pt(S₂CNEt₂)₂(dppe)]₂[CdCl₄], [Co(S₂CNEt₂)₂(dppe)]₂[Cl₃ZnO:)(Ph)₂PCH₂CH₂P(Ph)₂:OZnCl₃] and [Pd(S₂CNⁿBu₂)(bipy)]₂[CdCl₄]," G. Exarchos, S. D. Robinson[*] and J. W. Steed, *Polyhedron*, 2001, **20**, 2951–2963.

**2002**

158.   "Utilisation of crown ethers to stabilise the *μ*-oxo bridged iron(III) aqua dimer, [(H₂O)₅FeOFe(H₂O)₅]⁴⁺," P. C. Junk,* B. J. McCool, B. Moubaraki, K. S. Murray, L. Spiccia. J. D. Cashion and J. W. Steed, *J. Chem. Soc., Dalton Trans.* 2002, 1024-1029.

13

159.   "Investigations into small-bite imido complexes of silicon and tin(IV)", C. Jones, P. C. Junk, S. G. Leary, N. A. Smithies and J. W. Steed, *Inorg. Chem. Commun.,* 2002, **5**, 533-536.

160.   "Implications For Mercury Toxicity From The Structure Of An Oxacalix[3]arene-HgCl₂ Complex?", P. J. Cragg*, M. Miah and J. W. Steed, *Supramol. Chem.*, 2002, **14**, 75-78.

161.   "Weak Interactions Induce Asymmetry in the Crystal Structures of Triaryl Derivatives of Group 14 Elements," P. D. Prince, G. S. McGrady* and J. W. Steed*, *New. J. Chem.*, 2002, **26**, 457-461.

162.   "Chemical, Electrochemical and Structural Aspects of *rac*-[2.2]Paracyclophanylphosphine and its Role as a Co-catalyst in C-C Cross Coupling Reactions", R. Bhalla, C. J. Boxwell, S. B. Duckett, P. J. Dyson,* A. D. Gunn, D. G. Humphrey, J. W. Steed and P. Suman, *Organometallics*, 2002, **21**, 924-928.

163.   "*C*-Donor Lariat Ether Scorpionates," P. Arya, A. Channa, P. J. Cragg, P. D. Prince and J. W. Steed*, *New. J. Chem.*, 2002, **26**, 440-447.

164.   "Molecular design using electrostatic interactions. Part 4: Synthesis and properties of flexible tetrapodand tetracations derived from naphthalene. Role of structured water in the electrostatic binding of polycation hosts with polyanion guests: a model for interactions in biological systems," A. M. Christofi, P. J. Garratt,* G. Hogarth, A. J. Ibbett, Y. -F. Ng and J. W. Steed, *Tetrahedron*, 2002, **58**, 4543-4549.

165.   "Helical Sense Bias Induced by Point Chirality in a New Class of Cage Compounds," M. Alajarín,* A. Vidal, C. López-Leonardo, J. Berná and J. W. Steed*, *Angew. Chem.*, 2002, **41**, 1205-1208.

166.   "Prediction of Chiral Crystal Packing from Racemate Structure in Chromium Carbonyl Compounds," S. E. Gibson (née Thomas)*, H. Ibrahim and J. W. Steed,* *J. Am. Chem. Soc.*, 2002, **124**, 5109-5116.

167.   "Application of Chiral Lithium Amide Base Chemistry to the Synthesis of Planar Chiral (Arene)tricarbonylchromium(0) complexes," S. E. Gibson, H. Ibrahim, C. Pasquier and J. W. Steed, *Tetrahedron*, 2002, **58**, 4617-4627.

168.   "Anion Sensing 'Venus Flytrap' Hosts: A Modular Approach," L. O. Abouderbala, W. J. Belcher, M. G. Boutelle, P. J. Cragg, J. Dhaliwal, M. Fabre and J. W. Steed,* D. R. Turner and K. J. Wallace, *Chem. Commun.*, 2002, 358-359. **Reviewed in *Chem. Ind.* 6 May 2002, *p* 28.**

169.   "Cooperative Anion Binding and Electrochemical Sensing by Modular Podands," L. O. Abouderbala, W. J. Belcher, M. G. Boutelle, P. J. Cragg, J. W. Steed,* D. R. Turner and K. J. Wallace, *Proc. Nat. Acad. Sci. USA*, 2002, **99**, 5001-5006 (**Invited contribution**).

170.   "Linking of metal centres through boryl ligands: synthesis, spectroscopic and structural characterisation of symmetrically bridged boryl complexes," S. Aldridge,* R.J. Calder, A. Rossin, A. A. Dickinson, D. J. Willock, C. Jones, D. J. Evans, J. W. Steed, M. E. Light, S. Coles, and M. B. Hursthouse, *J. Chem. Soc., Dalton Trans.*, 2002, 2020-2026.

171.   "Phosphoramidate-mediated conversion of carbonyl ligands into isocyanide ligands: a new approach to chiral isocyanide ligands," S. E. Gibson*, H. Ibrahim, C. Pasquier, M. A. Peplow, J. M. Rushton, J. W. Steed and S. Sur, *Chem. Eur. J.*, 2002, **8**, 269-276.

172.   "Why do Polymorphs Form? A Single Crystal Phase Transformation from Weak Dipolar Interactions to a Sixfold Phenyl Embrace," G. S. McGrady*, M. Odlyha, P. D. Prince and J. W. Steed*, *CrystEngComm*, 2002, **4**, 271-276. (**CEC Discussion special issue**).

173.   "Channel-containing 1D coordination polymers based on a linear dimetallic spacer,"

14

W. J. Belcher, C. A. Longstaff, M. R. Neckenig and J. W. Steed, *Chem. Commun.*, 2002, 1602-1603.

174. "The Tricarbonylchromium Complex of a Trimethyltin-Substituted *N*-(Triisopropylsilyl)indole - A Dynamic NMR Study of Multiple Independent Rotation Processes in the Solid State with an X-ray Diffraction Structure and Molecular Mechanics Calculations," A. E. Aliev, J. E. Anderson[*], D. Butler, J. Gonzalez-Outeiriňo, L. Lunazzi, A. Mazzanti, J. W. Steed and R. Wilhelm *Eur. J. Inorg. Chem.*, 2002, 133-140.

175. "Insights into Supramolecular Design 2: Analysis of Anion Coordination Geometry of Oxoanions in a Protonated Polyamine Matrix," C. A. Ilioudis, D. G. Georganopoulou and J. W. Steed[*], *CrystEngComm.*, 2002, **4**, 26-36.

176. "A biosynthetic proposal for ring formation in the antitumour agent halichomycin. Asymmetric synthesis of the AB-carbon backbone of halichomycin," K. J. Hale[*], P. Dimopoulos, M. L. F. Cheung, M. Frigerio, J. W. Steed and P. C. Levett, *Org. Lett.*, 2002, **4**, 897-900.

177. "Complexation of 3-(2-pyridyl)substituted N-methyl isoxazolidine with Pd(II), Zn(II) and Cu(II): stereochemistry of co-ordination compounds in solution and solid-state," A. B. Lysenko, K. V. Domasevitch, E. Peralta-Pe´rez, F. Lo´pez-Ortiz, J. W. Steed, R. D. Lampeka,* *Polyhedron*, 2002, **21**, 769-777.

178. "Synthesis of *o*-Protected Mandelamide and its Elaboration to 5-Hydroxy-1,5-diphenylhydantoin," A. Papakyprianou, A. W. Parkins, P. D. Prince and J. W. Steed, *Org. Prep. Proced. Int.*, 2002, **34**, 436-440.

179. "Intramolecular Base-Stabilised Adducts of Main Group Halides," S. Aldridge[*], R. J. Calder, D. L. Coombs, C. Jones, J. W. Steed, S. Coles, M. B. Hursthouse, *New J. Chem.*, 2002, **26**, 677-686.

180. "Synthesis and structural analysis of dehydrophenylalanine cyclophanes," S. E. Gibson (née Thomas),[*] J. O. Jones, S. B. Kalindjian, J. D. Knight, J. W. Steed and M. J. Tozer, *Chem. Commun.*, 2002, 1938-1939.

181. "Slow epimerisation of stereochemically rigid diastereoisomers of the equatorially substituted cluster [Os$_3$H$_2$($\mu_3$-S)(CO)$_8$\{(*S*)-PhCHMeNH$_2$\}]," A. J. Deeming*, C. S. Forth, G. Hogarth, D. Markham, J. O. Prince and J. W. Steed, *Chem. Commun.*, 2002, 2230-2231.

182. "Dimeric Capsules by the Self-Assembly of Tris(*m*-ureidobenzyl)amines," M. Alajarín,[*] A. Pastor, R. −A. Orenes, and J. W. Steed*, *Org. Lett.*, 2002, **67**, 7091-7095.

183. "Facile Pyrazolylborate Ligand Degradation at Lanthanide Centers: X-ray Crystal Structures of Pyrazolylborinate-Bridged Bimetallics," A. Domingos, M. R. J. Elsegood, A. C. Hillier, G. Lin, S. Y. Liu, I. Lopes, N. Marques, G. H. Maunder, R. McDonald, A. Sella,* J. W. Steed and J. Takats, *Inorg. Chem.*, 2002, 6761-6768.

184. "Facile syntheses of new multidentate (phosphino)amines: X-ray structure of 1,4-\{(OC)$_4$Mo(Ph$_2$P)$_2$NCH$_2$\}$_2$C$_6$H$_4$," K. G. Gaw, M. B. Smith and J. W. Steed, *J. Organomet. Chem.*, 2002, **664**, 294-297.

185. "Coordination Chemistry and Catalytic Activity of Ruthenium Complexes of Terdentate Phosphorus-Nitrogen-Phosphorus (PNP) and Bidentate Phosphorus-Nitrogen (PNH) Ligands," M. S. Rahman, P. D. Prince, J. W. Steed, and K. K. Hii,[*] *Organometallics*, 2002, **21**, 4927-4933.

186. "4-hydroxy-N-methylproline," D. T. T. Yapp, J. W. Steed, and P. J. Houghton,[*] *Acta Crystallogr. Sect. E. -Struct Rep. Online*, 2002, **58**, O988-O989.

187. "Coordination chemistry and catalytic activity of ruthenium complexes of terdentate phosphorus-nitrogen-phosphorus (PNP) and bidentate phosphorus-nitrogen (PNH) ligands," H. Lam, X. H. Cheng, J. W. Steed, D. J. Aldous, and K. K. Hii,[*] *Tetrahedron*

*Lett.*, 2002, **43**, 5875-5877.

**2003**

188. "Anisotropic Thermal Expansion in 18-crown-6 · 2 H$_2$O · 2 HNO$_3$," M. Calleja, S. A. Mason, P. D. Prince, J. W. Steed[*] and C. Wilkinson, *New J. Chem.*, 2003, **27**, 28-31. **(Invited)**

189. "Oxo-Anion Binding by Metal Containing Molecular 'Clefts'," K. J. Wallace, R. Daari, W. J. Belcher, L. O. Abouderbala, M. G. Boutelle and J. W. Steed[*], *J. Organomet. Chem.*, 2003, **666**, 63-74. **(Invited)**

190. "Influence of Hydrogen Bonding on 'Soft' Coordination Geometries: Further Examples," J. W. Steed[*], K. Johnson, C. Legido and P. C. Junk, *Polyhedron*, 2003, **22**, 769-774.**(Special Issue - Invited)**

191. "Electrochemical Studies on the Modular Podand 1,3,5-tris(3-pyridiniumferrocenylmethylamine)-2,4,6-triethyl benzene hexafluorophosphate in Conventional Solvents and Ionic Liquids," J. Zhang, A. M. Bond,* W. J. Belcher, K. J. Wallace and J. W. Steed,* *J. Phys. Chem. B*, 2003, **107**, 5777-5786.

192. "Slow Anion Exchange, Conformational Equilibria and Fluorescent Sensing in Venus' Flytrap Aminopyridinium-Based Anion Hosts," K. J. Wallace, W. J. Belcher, D. R. Turner, K. F. Syed and J. W. Steed[*], *J. Am. Chem. Soc.*, 2003, **105**, 9699-9715.

193. "Influence of CH···O interactions on the structure of a pseudorotaxane based on and Hg(II) complex of 18-crown-6," M. Calleja, and J. W. Steed[*], *J. Chem. Cryst.*, 2003, **33**, 609-612. **(Special issue on mercury chemistry – Invited)**

194. "The synthesis and structural characterisation of 2-arsa- and 2-stiba-1,3-dionato complexes of s- and p-block elements," S. Bruce, D. E. Hibbs, C. Jones,[*] J. W. Steed, R. C. Thomas, T. C. Williams, *New J. Chem*, 2003**,** **27**, 466-474.

195. "Fluorination of sulfanyl amides using difluoroiodoarene reagents," W. B. Motherwell,* M. F. Greaney, J. J. Edmunds and J. W. Steed, *J. Chem. Soc., Perkin Trans 1*, 2003, 2816-2826.

196. "Intramolecular *vs* Intermolecular Hydrogen Bonding of Coordinated Acetate to Organic Acids: A Neutron, X-ray and Database Study," G. Vives, S. A. Mason, P. D. Prince, P. C. Junk and J. W. Steed[*], *Cryst. Growth. Des.*, 2003, **3**, 699-704.

197. "Novel structures and Pauson-Khand activities of N-heterocyclic carbene-dicobalt complexes," S. E. Gibson[*], C. Johnstone, J. A. Loch, J. W. Steed, and A. Stevenazzi, *Organometallics*, 2003, **22**, 5374-5377.

198. "Anionic iron(II) alkoxides as initiators for the controlled ring-opening polymerization of lactide," D. S. McGuinness, E. L. Marshall, V. C. Gibson[*], and J. W. Steed, *J. Polym. Sci. Pol. Chem.*, 2003, **41**, 3798-3803.

199. "On the products obtained from reaction of rac- diphenyl 2.2 para-cyclophanylphosphine with (cycloocta-1,5-diene)palladium(II)chloride," D. Blazina, S. B. Duckett, P. J. Dyson[*], R. Scopelliti, J. W. Steed, and P. Suman, *Inorg. Chim. Acta*, 2003, **354**, 4-10.

200. "Bis(carbene)-pyridine complexes of Cr(III): Exceptionally active catalysts for the oligomerisation of ethylene," D. S. McGuinness, V. C. Gibson[*], D. F. Wass, and J. W. Steed, *J. Am. Chem. Soc.*, 2003, **125**, 12716-12717.

201. "A synthetic alternative to the Type-II intramolecular 4+3 cycloaddition reaction," R. S. Grainger[*], R. B. Owoare, P. Tisselli, and J. W. Steed, *J. Org. Chem.*, 2003, **68**, 7899-7902.

202. "Identification of an asymmetric Pauson-Khand precatalyst," S. E. Gibson[*], S. E. Lewis, J. A. Loch, J. W. Steed, and M. J. Tozer, *Organometallics*, 2003, **22**, 5382-

5384.

203. "Design, Synthesis and Structural Characterization of Molecular and Supramolecular Hetero-Bimetallic Metalla-Macrocycles Based on the Bis-1-Pyridyl Ferrocene [Fe($\eta^5$-$C_5H_4$-1-$C_5H_4N$)$_2$] Ligand," D. Braga,* M. Polito, M. Bracaccini, D. D'Addario, E. Tagliavini, D. M. Proserpio, F. Grepioni and J. W. Steed, *Organometallics*, 2003, **22**, 4532–4538.

**2004**

204. "Influence of the metal and chiral diamine on metal(II)salen catalysed, asymmetric synthesis of $\alpha$-methyl $\alpha$-amino acids," Y. N. Belokon', J. Fuentes, M. North,* and J. W. Steed, *Tetrahedron*, 2004, **60**, 3191–3204.

205. "Self-Assembly of tris(2-ureidobenzyl)amines: A new type of capped capsule-like dimeric aggregates derived from a highly flexible skeleton," M. Alajarín, A. Pastor, R. –A. Orenes, J. W. Steed and R. Arakawa, *Chem. Eur. J.*, 2004, **10**, 1383–1397.

206. "Mercury(II) *N,N*-methyl phenylethyl dithiocarbamate and its use as a precursor for the room temperature solution deposition of $\beta$-HgS thin films," M. Green,* P. Prince, M. Gardner and J. Steed, *Adv. Mater.*, 2004, **16**, 994 – 996.

*(e) Durham University*

207. "Extending metallaborane chemistry: an octahedral $BH_6$ moiety supported through M-H-B bridges," G. Guilera, G. S. McGrady,* J. W. Steed,* and N. Kaltsoyannis*, *New J. Chem.*, 2004, **28**, 446 – 448. **(most accessed article April 2004)**

208. "A Modular, Self-Assembled, Separated Ion-Pair Binding System," D. R. Turner, E. C. Spencer, J. A. K. Howard, D. A. Tocher and J. W. Steed,* *Chem. Commun.*, 2004, 1352 – 1353. **(inside front cover; top 10 most accessed)**

209. "Linear Distortion of Octahedral Metal Centres by Multiple Hydrogen Bonds in Modular $ML_4$ Systems," D. R. Turner, M. E. Light, M. B. Hursthouse and J. W. Steed,* *Chem. Commun.*, 2004, 1354 – 1355.

210. "Complexation of $I_4^{2-}$ and $I_8^{2-}$ by Protonated Azacyclophanes," C. A. Ilioudis and J. W. Steed*, *CrystEngComm.*, 2004, **6**, 239 – 242.

211. "Synthesis of meta- and paracyclophanes containing unsaturated amino acid residues," S. E. Gibson,* J. O. Jones, S. B. Kalindjian, J. D. Knight, N. Mainolfi, M. Rudd, J. W. Steed, M. J. Tozer and P. T. Wright, *Tetrahedron*, 2004, **60**, 6945–6958.

212. "A highly efficient, preorganized macrobicyclic receptor for halides based on CH···and NH···anion interactions," C. A. Ilioudis, D. A. Tocher and J. W. Steed*, *J. Am. Chem. Soc.*, 2004, **126**, 12395-12402.

213. "The unusual solid state structure of heroin hydrochloride monohydrate and its selective detection using NQR spectroscopy," E. Balchin, D. J. Malcolme-Lawes, M. D. Rowe, J. A. S. Smith,* M. J. Bearpark, J. W. Steed, W. Wu, A. J. Horsewilld and D. Stephenson, *New. J. Chem.*, 2004, **28**, 1309–1314.

214. "The $R_1^2$(6) Hydrogen-bonded Synthon in Neutral Urea and Metal-bound Halide Systems," D. R. Turner, B. Smith, A. E. Goeta, I. R. Evans, D. A. Tocher, J. A. K. Howard and J. W. Steed*, *CrystEngComm.*, 2004, **6**, 633-641.

215. "Cationic Iridium Phosphines Partnered with [*closo*-$CB_{11}H_6Br_6$]$^-$: (PPh$_3$)$_2$Ir(H)$_2$(*closo*-$CB_{11}H_6Br_6$) and [(PPh$_3$)$_2$Ir($\eta^2$-$C_2H_4$)][*closo*-$CB_{11}H_6Br_6$]. Relevance to Counterion Effects in Olefin Hydrogenation," A. Rifat, G. Kociok-Köhn, J. W. Steed and A. S. Weller*, *Organometallics*, 2004, **23**, 428–432.

216. "Bis(carbene)pyridine Complexes of the Early-to-Mid Transition Metals: A Survey of Ethylene Oligomerization and Polymerization Capability," D. S. McGuinness, V. C. Gibson,* and J. W. Steed, *Organometallics*, 2004, **23**, 6288–6293.

**2005**

217. "Hydrogen bonds between ammonium ions and aromatic rings exist and have key consequences on solid-state and solution phase properties," C. A. Ilioudis, M. J. Bearpark and J. W. Steed[*], *New J. Chem.,* 2005, **29**, 64-67.

218. "Anion Binding by Ag(I) Complexes of Urea-Substituted Pyridyl Ligands," D. R. Turner, B. Smith, E. C. Spencer, A. E. Goeta, I. R. Evans, D. A. Tocher, J. A. K. Howard and J. W. Steed[*], *New. J. Chem.*, 2005, **29**, 90-98.

219. "Alkene-Arene *meta* Photocycloadditions with a Four-Carbon Tether: Efficient Approach Toward the Polycyclic Ring Systems of Aphidicolin and Stemodinone," J. W. Boyd, N. Greaves, J. Kettle, A. T. Russell,* and J. W. Steed, *Angew. Chem. Int. Ed.*, 2005, **44**, 944–946.

220. "Influence of Hydrogen Bonding on Coordination Polymer Assembly," L. Applegarth, A. E. Goeta and J. W. Steed*, *Chem. Commun.*, 2005, 2405–2406.**(top 10 accessed article May 2005; RSC 'Country of the Month' highly cited UK paper for 2005)**

221. "A Study of [Co₂(alkyne)(binap)(CO)₄] Complexes (BINAP=(1,1'-Binaphthalene)-2,2'-diylbis(diphenylphosphine))," S. E. Gibson,* K. A. C. Kaufmann, J. A. Loch, J. W. Steed and A. J. P. White, *Chem. Eur. J.*, 2005, **11**, 2566–2576.

222. "A Convenient Preparation of [(Ph₃P)₃Pt₂(μ-  H)(μ-PPh₂)Ph] BF₄ by Rearrangement of *trans*-Aquahydridobis(triphenylphosphine) platinum(II) Tetrafluoroborate," A. W. Parkins[*], C. J. Richard and J. W. Steed, *Inorg. Chim. Acta*, 2005, **358**, 2827–2832.

223. "Anion and Cation Binding by A Pendant Arm Cyclam and its Macrobicyclic Derivatives," A. Channa and J. W. Steed[*], *Dalton Trans.*, 2005, 2455–2461.

224. "Multiple nitrene insertions into metal-sulfur bonds of dithiocarbamate complexes: Synthesis of sulfido-amido and zwitterionic tetraamido complexes," G. Hogarth[*], K. T. Holman, A. Pateman, A. Sella, J. W. Steed and I. Richards, *J. Chem. Soc., Dalton Trans.*, 2005, 2688–2695.

225. "Polyaza Metacyclophanes as Ditopic Anion Receptors," C. Ilioudis and J. W. Steed[*], *Org. Biomol. Chem.*, 2005, **3**, 2935–2945.

226. "Cooperative Hydrogen Bonding Effects in a Water Square: A Single Crystal Neutron and Partial Charges and Hardness Analysis Study," D. R. Turner, M. Henry, C. Wilkinson, G. J. McIntyre, S. A. Mason A. E. Goeta and J. W. Steed[*], *J. Am. Chem. Soc,* 2005, **127**, 11063-11074.

227. "Modular Nanometer-Scale Structuring of Gel Fibres by Sequential Self-Organization, L. Applegarth, N. Clarke, A. C. Richardson, A. D. M. Parker, I. Radosavljevic-Evans, A. E. Goeta, J. A. K. Howard and J. W. Steed,[*] *Chem. Commun.*, 2005, 5423 - 5425.

228. "Ruthenium Trihydrides with *N*-Heterocyclic Carbene Ligands: Effects on Quantum Mechanical Exchange Coupling," A. Jones, G. S. McGrady,* P. Sirsch and J. W. Steed,* *Chem. Commun.*, 2005, 5994–5996.

**2006**

229. "Modular Assembly of a Preorganised, Ditopic Receptor for Dicarboxylates," M. H. Filby, T. D. Humphries, D. R. Turner, R. Kataky, J. Kruusma and J. W. Steed,* *Chem. Commun.*, 2006, 156-158.

230. "Simultaneous anion and cation binding by a simple polymer-bound ureidopyridyl ligand," J. M. Russell, A. D. M. Parker, I. Radosavljevic-Evans, J. A. K. Howard and J. W. Steed[*], *Chem. Commun.*, 2006, 269-271.

231. "Complex Formation and Rearrangement Reactions of the Phosphine Hydride Anions [OsH₃(PPh₃)₃]⁻ and [IrH₂(PPh₃)₃]⁻," G. Guilera, G. S. McGrady[*] and J. W. Steed[*], *Organometallics*, 2006, **25**, 122-127.

232. "A conformationally flexible, urea-based tripodal anion receptor: Solid-state, solution and theoretical studies," D. R. Turner, M. J. Paterson and J. W. Steed,* *J. Org. Chem.*, 2006, **71**, 1598-1608. (**Listed as an ACS 2006 and 2007 Most-Cited Article**)

233. "Pyridinium CH⋯Anion and π-Stacking Interactions in Modular Tripodal Anion Binding Hosts: ATP binding and Solid-State Chiral Induction," W. J. Belcher, M. Fabre, T. Farhan and J. W. Steed*, *Org. Biomol. Chem.*, 2006, **4**, 781-786.

234. "Synthesis, characterisation and natural abundance $^{187}$Os NMR spectroscopy of hydride bridged triosmium clusters with chiral diphosphine ligands," M. J. Stchedrof, V. Moberg, E. Rodriguez, A. E. Aliev, J. Bottcher, J. W. Steed, E. Nordlander*, M. Monari* and A. J. Deeming,* *Inorg. Chim. Acta*, 2006, **359**, 926–937.

235. "Anion binding mode: solid state symmetry breaking and solution chelation," J. M. Russell, A. D. M. Parker, I. Radosavljevic-Evans, J. A. K. Howard and J. W. Steed,* *CrystEngComm*, 2006, 119–122 (**highlighted in *Chemical Science***).

236. "Unusual variations in the incidence of $Z'>1$ in oxo-anion structures," K. M. Anderson, A. E. Goeta, K. S. B. Hancock and J. W. Steed*, *Chem. Commun.*, 2006, 2138 - 2140.

237. "On the protonation of a macrobicyclic cage: an inert tribenzylamine fragment and three robust aminophosphonium units," M. Alajarín,* C. López-Leonardo, J. Berná and J. W. Steed*, *Tetrahedron Lett.*, 2006, 47, 5405–5408.

238. "Anion Binding Inhibition of the Formation of a Helical Organogel," C. E. Stanley, N. Clarke, K. M. Anderson, J. A. Elder, J. T. Lenthall and J. W. Steed,* *Chem. Commun.*, 2006, 3199 - 3201.

239. "Helical or Polar Guest-Dependent $Z' = 1.5$ or $Z' = 2$ Forms of a Sterically Hindered Bis(urea) Clathrate," A. M. Todd, K. M. Anderson, P. Byrne, A. E. Goeta and J. W. Steed*, *Cryst. Growth Des.*, 2006, **6**, 1750–1752.

240. "Crystal Engineering with Ethynylbenzenes 2: Structures of 4-Ethynyl-N,N-dimethylaniline with $Z' = 12$, and 4-Trimethylsilyethynyl-N,N-dimethylaniline," A. S. Batsanov,* J. C. Collings, R. M. Ward, A. E. Goeta, L. Porrès, A. Beeby, J. A. K. Howard, J. W. Steed and T. B. Marder*, *CrystEngComm*, 2006, 622–628.

241. "When $Z'=2$ is better than $Z'=1$ – supramolecular centrosymmetric hydrogen bonded dimers in chiral systems," K. M. Anderson, K. Afarinkia, H.-W. Yu, A. E. Goeta and J. W. Steed,* *Cryst. Growth Des.* 2006, **6**, 2109–2113.

## 2007

242. "Macrobicyclic triphosphazides and tri-$\lambda^5$-phosphazenes derived from PhC(CH$_2$PPh$_2$)$_3$. Two propeller-shaped diastereoisomers in the crystals," M. Alajarín,* C. López-Leonardo, J. Berná and J. W. Steed, *Tetrahedron*, 2007, **63**, 2078–2083.

243. "Templated Crystal Nucleation: Mixed Crystals of Very Different Copper(II) *N,N',N''*-Trimethyltriazacyclononane Complexes," J. W. Steed*, A. E. Goeta, J. Lipkowski, D. Swierczynski and S. Handa, *Chem. Commun.*, 2007, 813-815.

244. "A structural study of late transition metal diethylenetriamine complexes," P. C. Junk* and J. W. Steed, *Inorg. Chim. Acta*, 2007, **360**, 1661–1668.

245. Synthesis and solid state structures of pyrazolylmethane complexes of the rare earths," A. Sella,* S. E. Brown, J. W. Steed and D. A. Tocher, *Inorg. Chem.*, 2007, **46**, 1856-1864.

246. Comment on "On the presence of multiple molecules in the crystal asymmetric unit ($Z' > 1$)" by Gautam R.Desiraju, CrystEngComm, 2007, **9**, 91," K. M. Anderson and J. W. Steed, *CrystEngComm*, 2007, **9**, 328–330. (**Most accessed article in CEC for**

April 2007)

247.   "A structural study of calcium, strontium and barium crown ether complexes," P. C. Junk* and J. W. Steed, *J. Coord. Chem.*, 2007, **60**, 1017–1028.

248.   "A small tris(imidazolium) cage forms an *N*-heterocyclic carbene complex with silver(I)," C. E. Willans, K. M. Anderson, P. C. Junk, L. J. Barbour and J. W. Steed*, *Chem. Commun.*, 2007, 3634–3636.

249.   "Au⋯Au interactions – *Z*′ > 1 behaviour and structural analysis," K. M. Anderson*, A. E. Goeta and J. W. Steed, *Inorg. Chem.*, 2007, **46**, 6444–6451.

250.   "Crystal Packing in Equilibrating Systems: A Single Crystal Containing Three Isomers of 'CuCl(1-pyridin-2-yl-3-*p*-tolyl-thiourea)₂'," J. T. Lenthall, K. M. Anderson, S. J. Smith and J. W. Steed*, *Cryst. Growth Des.*, 2007, **7**, 1858–1862.

251.   "Anion binding in (arene)ruthenium(II)-based hosts," S. J. Dickson, S. C. G. Biagini and J. W. Steed*, *Chem. Commun.*, 2007, 4955–4957.

252.   "A Simple Strategy for Crystal Engineering Water Clusters," B. C. R. Sansam, K. M. Anderson and J. W. Steed*, *Cryst. Growth. Des.*, 2007, **7**, 2649–2653.


**2008**


253.   "Hypervalent hydridosilicates: synthesis, structure and unconventional hydrogen bonding," P. D. Prince, M. J. Bearpark, G. S. McGrady* and J. W. Steed*, *Dalton Trans.*, 2008, 271–282. **(Invited)**

254.   "Structure calculation of an elastic hydrogel from sonication of rigid small molecule components," K. M. Anderson, G. M. Day, M. J. Paterson, P. Byrne, N. Clarke and J. W. Steed*, *Angew. Chem., Int. Ed.*, 2008, **47**, 1058–1062.

255.   "Second-sphere interaction of anions with a weakly binding metal complex host: probing the effect of counteranions," L. Ion, J. Pérez,* L. Riera,* V. Riera, K. M. Anderson, J. W. Steed and D. Miguel, *Dalton Trans.*, 2008, 878–886.

256.   "Conformational Control by 'Zipping-Up' an Anion-Binding Unimolecular Capsule", D. R. Turner, M. J. Paterson and J. W. Steed*, *Chem. Commun.*, 2008, 1395–1397. **(Top 10 accessed article for March '08)**

257.   "Induced Fit Inter-Anion Discrimination by Binding-Induced Excimer Formation", M. H. Filby, S. J. Dickson, N. Zaccheroni, L. Prodi,* S. Bonacchi, M. Montalti, M. J. Paterson, T. D. Humphries, C. Chiorboli, and J. W. Steed*, *J. Am. Chem. Soc.*, 2008, **130**, 4105-4113.

258.   "Intramolecular binding site competition as a means of tuning the response of a colourimetric anion sensor," S. J. Dickson, E. V. B. Wallace, A. N. Swinburne, M. J. Paterson, G. O. Lloyd, A. Beeby, W. J. Belcher and J. W. Steed*, *New J. Chem.*, 2008, **32**, 786–789.

259.   "Component exchange as a synthetically advantageous strategy for the preparation of bicyclic cage compounds", M. Alajarín,* J. Berná,* C. López-Leonardo and J. W. Steed, *Chem. Commun.*, 2008, 2337–2339.

260.   "Gelation is Crucially Dependent on Functional Group Orientation and May be Tuned by Anion Binding", M. –O. M. Piepenbrock, G. O. Lloyd, N. Clarke* and J. W. Steed*, *Chem. Commun.*, 2008, 2644–2646.

261.   "A 'Compartmental' Borromean Sheet Coordination Polymer Exhibiting Saturated Hydrogen Bonding to Anions and Water Cluster Inclusion", P. Byrne, G. O. Lloyd, N. Clarke and J. W. Steed*, *Angew. Chem., Int. Ed.*, 2008, **47**, 5761–5764. **(Highlighted by *Nature Chemistry* and a Sceptical Chymist 'top 10' pick for 2008: http://www.nature.com/nchem/reshigh/2008/0708/full/nchem.42.html)**

262.   "Supramolecular synthon frustration leads to crystal structures with Z' > 1", K. M. Anderson, A. E. Goeta, J. W. Steed[*], *Cryst. Growth. Des.*, 2008, **8**, 2517-2524.

263.   "Anion Binding and Luminescent Sensing by Cationic Ruthenium(II) Aminopyridine Complexes[·], S. J. Dickson, M. J. Paterson, C. E. Willans, K. M. Anderson and J. W. Steed[*], *Chem. Eur. J.*, 2008, **14**, 7296-7305.

264.   "Anion Hydrogen Bond Effects in the Formation of Planar or Quintuple Helical Coordination Polymers", P. Byrne, G. O. Lloyd, N. Clarke and J. W. Steed[*], *Chem. Commun.*, 2008, 3720–3722. (**Top 10 accessed article Aug '08)**

265.   "Gradual transition from NH⋯pyridyl hydrogen bonding to the NH⋯O tape synthon in pyridyl ureas", P. Byrne, D. R. Turner, G. O. Lloyd, N. Clarke and J. W. Steed[*], *Cryst. Growth Des.*, 2008, **8**, 3335-3344.

266.   "Synthesis and Characterisation of [(Triphos)Fe(CO)H$_2$] and its Protonation to a Dihydrogen Complex *via* an Unconventional Hydrogen-Bonded Intermediate", G. Guilera, G. S. McGrady,[*] J. W. Steed,[*] R. P. L. Burchell, P. Sirsch, and A. J. Deeming, *New. J. Chem.*, 2008, **32**, 1573–1581.

267.   "Highly diastereoselective self-assembly of chiral tris(*m*-ureidobenzyl)amino capsules", M. Alajarín,[*] A. Pastor,[*] R. -A. Orenes, A. E. Goeta and J. W. Steed,[*] *Chem. Commun.*, 2008, 3992-3994.

**2009**

268.   "Structural Similarity of Hydrogen-Bonded and Metal-Coordinated Abiotic Base Pairs Allows Oligonucleotide-Like Mutual Stacking", M.-O. M. Piepenbrock, K. M. Anderson, B. C. R. Sansam, N. Clarke and J. W. Steed[*], *CrystEngComm*, 2009, **11**, 118–121.

269.   "The Mechanochemical Synthesis of Podand Anion Receptors", A. N. Swinburne and J. W. Steed[*], *CrystEngComm*, 2009, **11**, 433–438 (**Invited**).

270.   "Designing Pharmaceutical Co-crystals Using Molecules which Crystallise with Z' > 1" K. M. Anderson, M. R. Probert, C. N. Whiteley, A. M. Rowland, A. E. Goeta and J. W. Steed[*], *Cryst. Growth. Des.*, 2009, **9**, 1082–1087.

271.   "Enantioselective Lactate Binding by Chiral Tripodal Anion Hosts Derived from Amino Acids", A. Barnard, S. J. Dickson, M. J. Paterson, A. M. Todd and J. W. Steed[*], *Org. Biomol. Chem.*, 2009, **7**, 1554–1561 (**Invited**).

272.   "Allosteric Effects in a Tetrapodal Imidazolium-Derived Calix[4]arene Anion Receptor", C. E. Willans, K. M. Anderson, L. Potts and J. W. Steed[*], *Org. Biomol. Chem.*, 2009, **7**, 2756-2760.

273.   "Ion-pair Binding Functionalised Gold Nanoparticles," M. H. Filby and J. W. Steed[*], *Supramol. Chem.*, 2009, **21**, 422–427.

274.   "Ion-Pair Binding by Mixed *N,S*-Donor 2-Ureidopyridine Ligands", N. Qureshi, D. S. Yufit, J. A. K. Howard and J. W. Steed[*], *Dalton Trans.*, 2009, 5708–5714.

275.   "Metal Ion and Anion Based 'Tuning' of a Supramolecular Metallogel", M. M. Piepenbrock, N. Clarke* and J. W. Steed[*], *Langmuir*, 2009, **25**, 8451-8456.

276.   "A Catenated Imidazole-Based Coordination Polymer Exhibiting Significant CO$_2$ Sorption at Low Pressure", C. E. Willans, S. French, L. J. Barbour, J.-A. Gertenbach, P. C. Junk, G. O. Lloyd and J. W. Steed[*], *Dalton Trans.*, 2009, 6480-6482.

277.   "A Simple Fluorescent Ion Pair Binding Host That Acts as an 'If-Then' Logic Gate", S. J. Dickson, A. N. Swinburne, M. J. Paterson, G. O. Lloyd, A. Beeby and J. W. Steed[*], *Eur. J. Inorg. Chem.*, 2009, 3879–3882.

278.   "Bis(*N*-heterocyclic carbene) Dipalladium Complexes: Synthesis, Solid-State Conformational Studies and Solution Behaviour", C. E. Willans, K. M. Anderson, M.

J. Paterson, P. C. Junk, L. J. Barbour and J. W. Steed[*], *Eur. J. Inorg. Chem.*, 2009, 2835-2843.

**2010**

279. "A Synthesis of Oligomeric α-Hydroxy Phenylphosphinates and a Study of the Conformational Preferences of the Dimers", K. Afarinkia[*], M. Royappa, I. J. Scowen, J. W. Steed and H.-W. Yu, *Org. Biomol. Chem.*, 2010, **8**, 600-606.

280. Colourimetric Carboxylate Anion Sensors Derived from Viologen based Receptors", A. N. Swinburne, K. H. Fisher, M. J. Paterson, A. Beeby[*] and J. W. Steed[*], *Chem. Eur. J.*, 2010, **16**, 1480–1492.

281. "A Quinolinium-Derived Turn-off Fluorescent Anion Sensor", A. N. Swinburne, M. J. Paterson, A. Beeby* and J. W. Steed[*], *Org. Biomol. Chem.*, 2010, **8**, 1010–1016 **(top 10 most accessed Feb 2010)**.

282. "Hydrogen Bonding is Not Everything: Weak Interactions Result in Four Polymorphs of a Simple Ureido Pyridine Derivative", K. Fucke, N. Qureshi, D. S. Yufit, J. A. K. Howard and J. W. Steed[*], *Cryst. Growth Des.*, 2010, **10**, 880–886.

283. "Fluorescent 'Turn-on' Sensing by Induced-Fit Anion Stabilisation of a Planar Chromophore", A. N. Swinburne, M. J. Paterson, A. Beeby* and J. W. Steed[*], *Chem. Eur. J.*, 2010, **16**, 2714–2718.

284. "A Water Soluble, Anion-Binding Zwitterionic Capsule Based on Electrostatic Interactions Between Self-Complementary Hemispheres", A. L. Cresswell, M.-O. M. Piepenbrock, and J. W. Steed[*], *Chem. Commun.*, 2010, **46**, 2787–2789.

285. "Synthesis, Characterization, and Novel Fluxional Mechanisms of Triosmium Clusters Containing the Highly Flexible Ligand $Ph_2PC_2H_4SC_2H_4SC_2H_4PPh_2$ (PSSP)" R. Persson, M. J. Stchedroff, B. Uebersezig, R. Gobetto, J. W. Steed, P. D. Prince, M. Monari and E. Nordlander, *Organometallics*, 2010, **29**, 2223-2233.

286. "Shear induced gelation in a copper(II) metallogel: new aspects of ion-tunable rheology and gel-reformation by external chemical stimuli" M. O. M. Piepenbrock, N. Clarke and J. W. Steed[*], *Soft Matter*, 2010, **6**, 3541–3547.

287. "Enhanced anion binding from unusual coordination modes of bis(thiourea) ligands in platinum group metal complexes", M. L. Soriano, J. T. Lenthall, K. M. Anderson, S. J. Smith and J. W. Steed[*], *Chem. Eur. J.*, 2010, **16**, 10818–10831.

288. "Metal-Induced Gelation in Dipyridyl Ureas", P. Byrne, G. O. Lloyd, L. Applegarth, K. M. Anderson, N. Clarke and J. W. Steed*, *New. J. Chem.*, 2010, **34**, 2261–2274.

289. "New [2 × 2] copper(I) grids as anion receptors. Effect of the ligand functionalization in the ability to host counteranions", M. I. Ortiz, M. L. Soriano, M. P. Carranza, F. A. Jalón, J. W. Steed, K. Mereiter, D. Quiñonero, P. M. Deyà, B. R. Manzano*, *Inorg. Chem.*, 2010, **49**, 8828-8847.

290. "Anion-switchable supramolecular gels for controlling pharmaceutical crystal growth", J. A. Foster, M.-O. M. Piepenbrock, G. O. Lloyd, N. Clarke, J. A. K. Howard and J. W. Steed*, *Nature Chem.*, 2010, **2**, 1037–1043.

291. "Successful extrapolation of an f-element synthetic method to the pseudo light lanthanoid, aluminium", J. M. Bakker, L. J. Barbour, G. B. Deacon, G. O. Lloyd, P. C. Junk* and J. W. Steed, *J. Organomet. Chem.*, 2010, **695**, 2720–2723.

292. "Aryl-extended Cyclotriguaiacylenes and an Aryl Bridged Cryptophane that Provides Snapshots of a Molecular Gating Mechanism", K. T. Holman,* S. D. Drake, J. W. Steed, G. W. Orr, J. L. Atwood, *Supramol. Chem.*, 2010, **22**, 870–890.

293. "Reduction of a Chelating Bis(NHC)Pd(II) Complex to $[\{\mu\text{-bis(NHC)}\}_2Pd_2H]^+$: A terminal Hydride in a Binuclear Pd(I) Species Formed Under Catalytically Relevant Conditions", P. D. W. Boyd, A. J. Edwards, M. G. Gardiner[*], C. C. Ho, M.-H. Lemée-

Cailleau, D. S. McGuinness, A. Riapanitra, J. W. Steed, D. N. Stringer, and B. F. Yates, *Angew. Chem., Int. Ed.*, 2010, **49**, 6315 –6318.

**2011**

294. "Tripodal Imidazole Frameworks: Reversible Vapour Sorption Both With and Without Significant Structural Changes", C. E. Willans, S. French, K. M. Anderson, L. J. Barbour,* J.-A. Gertenbach, G. O. Lloyd, R. J. Dyer, P. C. Junk and J. W. Steed*, *Dalton Trans.*, 2011, **40**, 573–582.

295. "Size does matter - the contribution of molecular volume, shape and flexibility to the formation of co-crystals and structures with $Z' > 1$", K. M. Anderson*, M. R. Probert, A. E. Goeta and J. W. Steed*, *CrystEngComm*, 2011, **13**, 83–87.

296. "Rheology and Silver Nanoparticle Templating in a Bis(urea) Silver Metallogel", M.-O. M. Piepenbrock, N. Clarke* and J. W. Steed*, *Soft Matter*, 2011, **7**, 2412–2418 **('Hot Article')**.

297. "Anion Tuning of the Rheology, Morphology and Gelation of a Low Molecular Weight Salt Hydrogelator", G. O. Lloyd* and J. W. Steed*, *Soft Matter*, 2011, **7**, 75–84

298. "Anion tuning and polymer templating in a simple low molecular weight organogelator", M.-O. M. Piepenbrock, N. Clarke and J. W. Steed*, *Chem. Commun.*, 2011, **47**, 2095–2097.

299. "Trimethyltin hydroxide - A crystallographic and high $Z'$ curiosity", K. M. Anderson, S. E. Tallentire, M. R. Probert, A. E. Goeta and J. W. Steed*, *Cryst. Growth Des.*, 2011, **11**, 820–826.

300. "Hydrogen bonding interactions with the thiocarbonyl π-system", J. T. Lenthall, J. A. Foster, K. M. Anderson, M. R. Probert, J. A. K. Howard and J. W. Steed*, *CrystEngComm*, 2011, **13**, 3202-3212. **(Invited)**.

301. "A Simple Chemical Model of Clathrate Hydrate Inhibition by Polyvinylcaprolactam", J. Davenport, Osama M. Musa,* M. J. Paterson, M.–O. M. Piepenbrock, K. Fucke and J. W. Steed*, *Chem. Commun.*, 2011, **47**, 9891–9893.

302. "The structure of water in *p*–sulfonatocalix[4]arene", K. Fucke, K. M. Anderson, M. H. Filby, J. A. K. Howard and J. W. Steed*, M. Henry, M. Guttmann, J. Wright, S. A. Mason, L. J. Barbour, C. Oliver, A. W. Coleman and J. L. Atwood, *Chem. Eur. J.*, 2011, **17**, 10259–10271 **(Front Cover)**.

303. "Two different hydrogen bond donor ligands together: a selectivity improvement in organometallic {Re(CO)₃} anion hosts", L. Ion, S. Nieto, J. Pérez,* L. Riera,* V. Riera, J. Díaz, R. López, K. M. Anderson, and J. W. Steed, *Inorg. Chem.*, 2011, **50**, 8524–8531.

304. "The dominance of charge-assisted hydrogen bonding on short contacts and structures which crystallise with $Z' > 1$", K. M. Anderson, A. E. Goeta, J. E. Martin, S. A. Mason, G. J. McIntyre, B. C. R. Sansam, C. Wilkinson and J. W. Steed*, *Cryst. Growth Des.*, 2011, **11**, 4904-4919.

305. "Structure and Bonding of KSiH₃ and Its 18-Crown-6 Derivatives: Unusual Ambidentate Behavior of the SiH₃⁻ Anion", D. J. Wolstenholme,* P. D. Prince, G. S. McGrady,* M. J. Landry and J. W. Steed,* *Inorg. Chem.*, 2011, **50**, 11222–11227.

**2012**

306. "Anion Tuning of Chiral Bis(urea) Low Molecular Weight Gels", G. O. Lloyd, M.-O. M. Piepenbrock, J. A. Foster, N. Clarke, and J. W. Steed*, *Soft Matter*, 2012, **8**, 204–

23

216.

307.    "Novel Capsular Aggregates from Flexible Tripodal Triureas with Cs Symmetry", M. Alajarin,* R.-A. Orenes, J. A. K. Howard, E. C. Spencer, J. W. Steed and A. Pastor*, *Chem. Eur. J.*, 2012, **18**, 2389 – 2397.

308.    "New insights into an old molecule: Interaction energies of Theophylline crystal forms", K. Fucke, G. J. McIntyre, C. Wilkinson, M. Henry, J. A. K. Howard and J. W. Steed*, *Cryst. Growth Des.*, 2012, **12**, 1395–1401.

309.    "A new water⋯Na⁺ coordination motif in an unexpected diatrizoic acid disodium salt crystal form", K. Fucke, J. A. K. Howard, and J. W. Steed*, *Chem. Commun.*, 2012, **48**, 9822–9824.

310.    "Overcoming the solvation shell during the crystallisation of diatrizoic acid from dimethylsulfoxide," K. Fucke, J. A. K. Howard and J. W. Steed*, *Chem. Commun.*, 2012, **48**, 12065–12067.

**2013**

311.    "Anion Receptor Coordination Tripods Capped by [9]aneS₃", A. M. Todd, A. N. Swinburne, A. E. Goeta and J. W. Steed*, *New. J. Chem.*, 2013, **37**, 89–96 (**Invited**).

312.    "Halogen-Bonding-Triggered Supramolecular Gel Formation", L. Meazza, J. A. Foster, K. Fucke, P. Metrangolo*, G. Resnati* and J. W. Steed*, *Nature Chem.*, 2013, **5**, 42–47.

313.    "Unexpected Low Temperature Behaviour of Piroxicam Monohydrate", K. Fucke, A. J. Edwards, M. R. Probert, S. E. Tallentire, J. A. K. Howard, and J. W. Steed*, *ChemPhysChem*, 2013, **14**, 675–679 (**Invited**).

314.    "Triggered Formation of Thixotropic Hydrogels by Balancing Competitive Supramolecular Synthons", K. Liu* and J. W. Steed*, *Soft Matter*, 2013, **9**, 11699–11705.

**2014**

315.    "Supramolecular Assembly in a Janus-Type Urea System," G. O. Lloyd* and J. W. Steed*, *Chem. Commun.*, 2014, **50**, 1426–1428.

316.    "Blending gelators to tune gel properties and probe anion-induced disassembly", J. A. Foster, R. M. Edkins, G. J. Cameron, N. Colgin, K. Fucke, S. Ridgeway, A. G. Crawford, T. B. Marder, A. Beeby, S. L. Cobb and J. W. Steed*, *Chem. Eur. J.*, 2014, **20**, 279–291.

317.    "*N*-Alkyl lactam Ether Podands as Versatile Alkali Metal Ion Chelants", A. Perrin, D. Myers, K. Fucke, O. M. Musa and J. W. Steed*, *Dalton Trans.*, 2014, **43**, 3153–3161.

318.    "Using Gel Morphology to Control Pore Shape", J. A. Foster,* D. W. Johnson, M.-O. M. Pipenbrock and J. W. Steed*, *New J. Chem.*, 2014, 38, 927–932 ('**Hot' Article**).